NUMBER 13-11-00081-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE MONICA MICHELENA

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Rodriguez
and Perkes

Per Curiam
Memorandum Opinion[1]

Relator, Monica Michelena, filed a
petition for writ of mandamus in the above cause on February 15, 2011, seeking
to compel the trial court to transfer venue of a suit affecting the
parent-child relationship from Hidalgo County, Texas, to Cameron County, Texas. 
See Tex. Fam. Code Ann. §
155.204 (Vernon 2008).  By order issued on February 17, 2011, the Court
requested that the real party in interest, Robert Michelena, file a response to
the petition for writ of mandamus, and such response was duly filed on February
28, 2011.  

Currently pending before the Court
is relator’s motion to supplement the record.  The Court hereby grants the
motion to supplement the record.  See Tex.
R. App. P. 52.7(a)(2), (b).  

The Court, having examined and
fully considered the petition for writ of mandamus and the response thereto, is
of the opinion that relator has not shown herself entitled to the relief sought. 
Accordingly, the petition for writ of mandamus is denied.  See id. 52.8(a).


 

                                                                                                            PER
CURIAM

Delivered and filed the

10th day of March, 2011.

                                                

                                                                                                

 









[1] See Tex.
R. App. P. 52.8(d) (“When denying relief, the court may hand down an
opinion but is not required to do so.”); Tex.
R. App. P. 47.4 (distinguishing opinions and memorandum opinions).